UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DEJESUS RODRIGUEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>VERONICA VEGA,<br><br>              Defendant. | No.   2:15-cv-00158-TLN-GGH<br><br>**ORDER** |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(c).  According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///

///

///

1

1      IT IS HEREBY ORDERED that the Clerk of the Court reassign

2  this case to the Honorable Gregory G. Hollows, Magistrate Judge.

3  The parties shall take note that all documents hereafter filed

4  with the Clerk of the Court shall bear case number 2:15-cv-00158-

5  GGH.  All currently scheduled dates presently set before Judge

6  Nunley are hereby VACATED.

7      Dated:  April 20, 2015

8

9  _____

Troy L. Nunley

10  United States District Judge

11

12      Having also reviewed the file, I accept reference of this

13  case for all further proceedings and entry of final judgment.

14      Dated: April 20, 2015

15                  /s/ Gregory G. Hollows

16             UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28