UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DEJESUS RODRIGUEZ, | No. 2:15-cv-0158 GGH PS |
| Plaintiff, | |
| v. | ORDER |
| VERONICA VEGA, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915 m .[1]

Presently before the court is plaintiff's request for judicial notice, filed November 12, 2015. The request seeks judicial notice of an administrative decision by the California Department of Health Care Services, issued August 1, 2008, ordering San Joaquin County to rescind the June 10, 2008 NOA informing plaintiff that his July 6, 2007 application for Medi-Cal benefits was denied. The County was ordered to approve and issue Medi-Cal benefits effective April, 2007 provided plaintiff was otherwise eligible.

This court's order of November 9, 2015 addressed the matters sought to be raised by

---

[1] This action is before the undersigned pursuant to the parties' consent to proceed before a magistrate judge. 28 U.S.C. § 636(c).

1

plaintiff's Request for Judicial Notice, which would not change the result of that order.[2]

Therefore, the request will be denied as moot. Should plaintiff seek to include any pertinent facts from his Request in his second amended complaint, he is free to do so.

Accordingly, IT IS ORDERED that: Plaintiff's motion for judicial notice, filed November 12, 2015, (ECF No. 30), is denied as moot.

Dated: November 27, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Rodriguez0158.rjn

---

[2] Defendant's motion to dismiss was denied in part and plaintiff was directed to file a second amended complaint within 28 days of that order. (ECF No. 29).