UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DEJESUS RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>VERONICA VEGA,<br><br>Defendant. | No. 2:15-cv-0158 GGH PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915.[1]  Plaintiff has requested that this action be dismissed. On December 14, 2015 defendant was granted seven days in which to file any objection. Defendant has filed a notice of non-opposition to this dismissal. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed without prejudice.

Accordingly, the Clerk of Court shall close this case.

Dated: December 21, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Rodriguez0158.159

---

[1] This action is before the undersigned pursuant to the parties' consent to proceed before a magistrate judge. 28 U.S.C. § 636(c).

1