1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE DEJESUS RODRIGUEZ,                        No.  2:15-cv-0158 GGH PS

12              Plaintiff,

13        v.                                        ORDER

14   VERONICA VEGA,

15              Defendant.

16

17        This action was voluntarily dismissed on December 22, 2015.[1]  Plaintiff, proceeding pro

18   se, has now filed a document entitled, "second amended complaint, motion to set aside default

19   and default judgment…."  This document will be construed as a motion for relief from judgment

20   under Federal Rule of Civil Procedure 60(b).

21        Accordingly, IT IS HEREBY ORDERED that:

22        1.  Defendant shall file a response to the motion within twenty-one days of this order.

23   ////

24   ////

25   ////

26   ////

27   _____

28   [1]  This action is before the undersigned pursuant to the parties' consent to proceed before a
     magistrate judge.  28 U.S.C. § 636(c).

1        2.   Plaintiff may file a reply within seven days thereafter.  The motion will then be

2            submitted on the record.[2]

3    DATED: September 7, 2016

4                                         /s/ Gregory G. Hollows

5                             UNITED STATES MAGISTRATE JUDGE

12   GGH:076/Rodriguez0158.60b

---

28   [2]  A hearing will be set only if necessary after review of the filings.